# ADEMI LLP
### ATTORNEYS AT LAW
## MILWAUKEE | MADISON

GURI ADEMI
SHPETIM ADEMI
JOHN D. BLYTHIN
DENISE L. MORRIS
JESSE FRUCHTER
BEN J. SLATKY
DAUT ADEMI

3620 EAST LAYTON AVENUE
CUDAHY, WISCONSIN 53110

TELEPHONE: (414) 482-8000
FACSIMILE: (414) 482-8001

**October 30, 2023**

<u>*Via Electronic Filing System*</u>

Hon. J.P. Stadtmueller
U.S. District Court, E.D. Wisconsin
517 E. Wisconsin Ave.
Milwaukee, WI 53202

      Re:    *Masnak vs. Optio Solutions, LLC*
              *Case No. 21-cv-680*

Dear Judge Stadtmueller:

      All parties in this action have reached a resolution of this action in principle which will result in the matter being dismissed with prejudice in the state court. As such, Plaintiff respectfully withdraws the pending fee petition (Dkt. No. 20, 21, 23) for fees incurred litigating his motion for remand pursuant to 28 U.S.C. § 1447(c), and further requests that the Court not take any further action on this case.

      Very truly yours,
      ADEMI LLP

      <u>*Electronically signed by John D. Blythin*</u>
      John D. Blythin (SBN 1046105)

CC (via email):    Patrick D. Newman
                        James C. Kovacs
                        Brendan Little
                        Tessa Scott

                        *Counsel for Defendant*